No. 72–1379.   KELLY v. OHIO.   Ct. App. Ohio, Portage County.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of

■■■■■■■■■

■■■■■■■

*Lewis* v. *City of New Orleans,* 415 U. S. 130 (1974). [For dissenting opinion of MR. JUSTICE DOUGLAS, see *infra,* this page.]